UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Cedar,

       Plaintiff,                          Civil No. 06-243 (RHK/JSM)

vs.                                    **ORDER**

Sheryl Mach,

       Defendant.

---

    The above matter is referred to Magistrate Judge Janie S. Mayeron for a recommended disposition. The April 18, 2006 "Hearing for Petition for Declaratory Judgment" is **CANCELED** and Judge Mayeron will advise the parties if she desires a hearing.

Dated: March 23, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge