## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John Cedar, | Civil No. 06-243 (RHK/JSM) |
| Petitioner, | **ORDER** |
| v. | |
| Sheryl Mach, | |
| Respondent. | |

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 14, 2007.  Petitioner has filed Objections to the Report and Recommendation.

Based on this Court's de novo review of the Report and Recommendation and all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 9) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 8) is **ADOPTED**; and

3. Petitioner's Petition for Declaratory Judgment (Doc. No. 1) is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 13, 2007

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge